IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL E. BURKE,

        Plaintiff,

vs.

VETERANS ADMINISTRATION,

        Defendant.

8:24CV382

**FINDINGS AND RECOMMENDATION**

On October 2, 2024, the Court denied Plaintiff's application to proceed without prepaying fees or costs. Filing No. 7. Plaintiff was given thirty days to pay the filing fee or file an amended application to proceed without prepaying fees or costs that cured the deficiencies identified in his original application. *Id*. Plaintiff was warned that failure to comply may result in the undersigned recommending this matter be dismissed. *Id*. Plaintiff has not paid the filing fee or otherwise responded to the Court's October 2, 2024 Order.

Accordingly,

IT IS RECOMMENDED to the Honorable Brian C. Buescher, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff claims be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 22nd day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge